1086

lant. (Appeal No. 33.) 
 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

 RAND JONES, Respondent, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 34.) (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

 HAL STEWART et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 35.) (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

 CITY OF BUFFALO et al., Respondents, v GEORGE D. WILSON, JR., et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 36.) 

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

 ROBERT F. COLE, Respondent, v BURNWELL GAS OF ALDEN, INC., et al., Appellants, and ROBERT F. COLE, Respondent, et al., Defendants. (And 12 Other Actions.) (Appeal No. 37.) (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

 ROBERT F. COLE, Respondent, v CITY OF BUFFALO et al., Defendants, and REGO COMPANY, a Division of Rego Group, Inc., a Subsidiary of MARMON GROUP, INC., Appellant. KENNETH N. FISHER, Respondent, v CITY OF BUFFALO et al., Defendants, and REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. HARRY J. LAUBER, JR., et al., Respondents, v CITY OF BUFFALO et al., Defendants, and

REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. GERALD MCANDREWS et al., Respondents, v CITY OF BUFFALO et al., Defendants, and REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. PAUL MEEGAN et al., Respondents, v CITY OF BUFFALO et al., Defendants, and REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. MICHAEL PETRIK et al., Respondents, v CITY OF BUFFALO et al., Defendants, and REGO COMPANY, a Division of REGO GROUP, INC., a Subsidiary of MARMON GROUP, INC., Appellant. (Appeal No. 38.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

ROBERT F. COLE, Respondent, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. KENNETH N. FISHER, Respondent, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. HARRY J. LAUBER, JR., et al., Respondents, v CITY OF BUFFALO et al., Defendants, and GEORGE WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. GERALD MCANDREWS et al., Respondents, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. PAUL MEEGAN et al., Respondents, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. MICHAEL PETRIK et al., Respondents, v CITY OF BUFFALO et al., Defendants, and GEORGE D. WILSON, JR., Individually and Doing Business as CHIMERA RADIATOR COMPANY and Another, et al., Appellants. (Appeal No. 39.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present —Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

MARGARET AUSTIN, Individually and as Administratrix of the Estate of MICHAEL AUSTIN, Deceased, Respondent, v